B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Lithium Technology Corporation**                                    Case No. _____

                                            Debtor(s)                          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."   Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| ATEC Industries<br>6685 Santa Barbara Court<br>Elkridge, MD 21075 | ATEC Industries<br>6685 Santa Barbara Court<br>Elkridge, MD 21075 | Trade supplier | | 5,000.00 |
| Broadridge ICS<br>1 Park Avenue<br>New York, NY 10016 | Broadridge ICS<br>1 Park Avenue<br>New York, NY 10016 | Transfer agent | | 13,043.80 |
| Cleary Technologies Inc.<br>PO Box 1002<br>State College, PA 16804 | Cleary Technologies Inc.<br>PO Box 1002<br>State College, PA 16804 | professional services | | 64,127.28 |
| Cleary Technologies Inc.<br>PO Box 1002<br>State College, PA 16804 | Clearly Technologies Inc.<br>PO Box 1002<br>State College, PA 16804 | | | 12,280.00 |
| Drinker Biddle & Reath<br>1500 K Street, NW<br>Washington, DC 20005 | Drinker Biddle & Reath<br>1500 K Street, NW<br>Washington, DC 20005 | Professional services | | 4,960.00 |
| DRS Systems Inc.<br>4265 North 30th Street<br>Milwaukee, WI 53216 | DRS Systems Inc.<br>4265 North 30th Street<br>Milwaukee, WI 53216 | | | 77,610.00 |
| EisnerAmper LLP<br>750 Third Avenue<br>New York, NY 10017 | EisnerAmper LLP<br>750 Third Avenue<br>New York, NY 10017 | accounting services | | 155,192.00 |
| Electric & Hybrid<br>Vehicle Tech, Int'l Abinger House<br>Church Street<br>Dorking, Surrey RH4 1DF<br>UK | Electric & Hybrid<br>Vehicle Tech, Int'l Abinger House<br>Church Street<br>Dorking, Surrey RH4 1DF<br>UK | Trade supplier | | 3,474.90 |
| EPV Corp<br>2309 Nevada Blvd<br>Charlotte, NC 28273 | EPV Corp<br>2309 Nevada Blvd<br>Charlotte, NC 28273 | | Contingent<br>Unliquidated<br>Disputed | 130,000.00 |
| Fedex<br>942 S. Shady Grove Road<br>Memphis, TN 38120 | Fedex<br>942 S. Shady Grove Road<br>Memphis, TN 38120 | Services | | 7,152.61 |
| Gallagher, Briody & Butler<br>Princeton Forrestal Village<br>155 Village Blvd, Ste 201<br>Princeton, NJ 08540 | Gallagher, Briody & Butler<br>Princeton Forrestal Village<br>155 Village Blvd, Ste 201<br>Princeton, NJ 08540 | professional services | | 28,996.56 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Lithium Technology Corporation**                              Case No. _____

                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | taxes | | 42,255.87 |
| Leach Travell Britt PC<br>8270 Greensboro Drive<br>Suite 700<br>Tyson's Corner, VA 22102 | Leach Travell Britt PC<br>8270 Greensboro Drive<br>Suite 700<br>Tyson's Corner, VA 22102 | Legal services | | 4,840.00 |
| Mouser Electronics<br>1000 North Main Street<br>Mansfield, TX 76063 | Mouser Electronics<br>1000 North Main Street<br>Mansfield, TX 76063 | Trade supplier | | 4,097.15 |
| Penn State University<br>University Park<br>State College, PA 16801 | Penn State University<br>University Park<br>State College, PA 16801 | | | 12,175.09 |
| Robert Half Management<br>1751 Pinnacle Drive<br>Suite 1600<br>Mc Lean, VA 22102 | Robert Half Management<br>1751 Pinnacle Drive<br>Suite 1600<br>Mc Lean, VA 22102 | staffing services | Unliquidated<br>Disputed | 42,603.75 |
| Rosner Law Group<br>824 Market Street<br>Suite 810<br>Wilmington, DE 19801 | Rosner Law Group<br>824 Market Street<br>Suite 810<br>Wilmington, DE 19801 | | | 10,546.72 |
| Steenbergh Mgmnt BV<br>Hoge Duin en Daalsweg 38<br>2061 AH Bloemendaal | Steenberg Mgmnt BV<br>Hoge Duin en Daalsweg 38<br>2061 AH Bloemendaal | Services | | 27,027.99 |
| The Neve Group<br>1000 Germantown Pike<br>Suite C-5<br>Plymouth Meeting, PA 19462 | The Neve Group<br>1000 Germantown Pike<br>Suite C-5<br>Plymouth Meeting, PA 19462 | Accounting services | | 12,975.00 |
| Towers Perrin<br>901 North Glebe Road<br>Arlington, VA 22203 | Towers Perrin<br>901 North Glebe Road<br>Arlington, VA 22203 | Professional services | | 7,645.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Authorized Agent of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **12/5/14**         Signature  _Gerson Roeske_
                                     **Gerson Roeske**
                                     **Authorized Agent**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.