B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Lithium Technology Corporation**
Debtor(s)

Case No.
Chapter  **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  **1-10446**  .

2. The following financial data is the latest available information and refers to the debtor's condition on December 31, 2011*.
*\*The information provided on this Exhibit A is derived from the latest public filings in the debtor's 2011 Form 10-K, which is the most recent audited information available.*

a. Total assets                                                                                $        **8,388,000.00**

b. Total debts (including debts listed in 2.c., below)                      $      **17,002,630.03**

c. Debt securities held by more than 500 holders:

| | | | Approximate number of holders: |
|---|---|---|---|
| secured ☐  unsecured ☐  subordinated ☐ | $ | 0.00 | 0 |
| secured ☐  unsecured ☐  subordinated ☐ | $ | 0.00 | 0 |
| secured ☐  unsecured ☐  subordinated ☐ | $ | 0.00 | 0 |
| secured ☐  unsecured ☐  subordinated ☐ | $ | 0.00 | 0 |
| secured ☐  unsecured ☐  subordinated ☐ | $ | 0.00 | 0 |

d. Number of shares of preferred stock                                                         0                     0

e. Number of shares common stock                                                2,032,371,256           7500

Comments, if any: The debtor has estimated the number of holders of common stock because it does not have an updated register of stockholders.   The debtor will obtain the register and supplement this disclosure.

3. Brief description of Debtor's business:

The Company is a mid-volume production stage company that develops large format lithium-ion rechargeable batteries to be used as a new power source for emerging applications in the automotive, stationary power, and national security markets.   Over the past several years, the Company has refocused its unique extrusion-based manufacturing process, cell technology, large battery assembly expertise and market activities to concentrate on large-format, high rate battery applications.  The Company's commercialization efforts are focused on applying its lithium-ion rechargeable batteries in the transportation, national security and stationary power markets.

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

VRDT Corporation
Cicco Holdings, AG